

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00322-CR

TONY THOMAS GONZALEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 181st District Court
Potter County, Texas
Trial Court No. 62,641-B, Honorable John B. Board, Presiding

November 20, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Tony Thomas Gonzalez, filed Notice of Appeal of an order amending the terms of condition of his deferred adjudication community supervision to include SAFPF. Appellant's counsel filed a Motion to Dismiss Appeal on November 14, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at

appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.